

**AO 10**
**Rev. 1/2007**

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Daniel P | U.S. District Court, MS | 08/07/2007 |

| 4. Title (Article III Judges indicate Active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III (Active) | ☐ Nomination,    Date<br>☒ Initial    ☐ Annual    ☐ Final | 01/01/2006<br>to<br>07/06/2007<br>12/31/06 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 245 E. Capitol St.<br>Suite 100<br>Jackson, MS 39201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☐ NONE (No reportable positions.)

**SELF INITIATED AMENDMENT**

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Mississippi Bar Association, Litigation Section | Chairperson |
| 2. First Presbyterian Day School Crusaders Club | Secretary |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 AUG 17 A 10 44
FINANCIAL DISCLOSURE OFFICE

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Daniel P | 2. Court or Organization<br><br>U.S. District Court, MS | 3. Date of Report<br><br>08/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☒ Initial   ☐ Annual   ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>07/08/2007 |
| 7. Chambers or Office Address<br><br>245 E. Capitol St.<br>Suite 100<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Mississippi Bar Association, Litigation Section | Chairperson |
| 2.   First Presbyterian Day School Crusaders Club | Secretary |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2 | |
| 3 | |

RECEIVED 2007 AUG 17 A 10: 44 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | $ 262,268 |
| 2. 2005 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | $ 257,408 |
| 3. 2006 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | $ 204,183 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P | 08/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P | 08/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Butler Snow Profit Sharing Plan | None | | M | T | | | | | |
| 2. -Vangarud Prime Money Market Fund | | | | | Sell | 11/1 | J | | Reallocated in Vanguard |
| 3. -Retirement Savings Trust | | | | | Buy | 11/1 | K | | Reallocation |
| 4. Vanguard 500 Index Fund | | | | | | | | | |
| 5. Vanguard Growth and Income Fund | | | | | | | | | |
| 6. Vanguard Windsor II Fund | | | | | | | | | |
| 7. -Vanguard Mid-Cap Index Fund | | | | | Buy | 11/1 | K | | Reallocation |
| 8. -Third Ave Val Fund | | | | | Buy | 11/1 | J | | Reallocation |
| 9. -Vanguard PRIMECAP Core Fund | | | | | Buy | 11/1 | J | | Reallocation |
| 10. Vangarud International Growth Fund | | | | | | | | | |
| 11. ABA Members Retirement 401(k) | None | | | | merged* | 11/1 | M | | Merged into Vanguard |
| 12. -Stable Asset Return Fund | | | | | | | | | |
| 13. -Large Cap Val Equity Fund | | | | | | | | | |
| 14. -Large Cap Growth Equity Fund | | | | | | | | | |
| 15. -Index Equity Fund | | | | | | | | | |
| 16. -Mid Cap Val Equity Fund | | | | | | | | | |
| 17. -Mid Cap Growth Equity Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P | 08/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -International Equity Fund | | | | | | | | | |
| 19.   Citigroup Smith Barney | | | | | | | | | |
| 20.   Bank Deposit Program | D | Dividend | M | T | | | | | |
| 21.   -American Balanced Fund Class | A | Dividend | K | | | | | | |
| 22.   -Franklin Income Fund Class C | C | Dividend | K | T | | | | | |
| 23.   -Growth Fund of America Class C | A | Dividend | K | T | | | | | |
| 24.   Genentech 401(k) | | None | M | T | | | | | |
| 25.   -Fidelity Magelllan | | | | | | | | | |
| 26.   -Fid Growth Co | | | | | | | | | |
| 27.   -Fid US Eq Index Pool | | | | | | | | | |
| 28.   -Fid Balanced | | | | | | | | | |
| 29.   -Fid Mgd Inc Port II | | | | | | | | | |
| 30.   -Northwestern Mutual-Whole Life | | None | J | T | | | | | |
| 31.   MPACT (MS prepaid college tuition) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P | 08/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*My former law firm had two retirement plans at the beginning of '06: a profit sharing plan through Vanguard and a 401(k) through the ABA Members' Retirement Program. November 1, 2006 the firm merged the two plans into the Vanguard profit sharing plan.

I incorrectly interpreted VII(B)(1) on my last report and listed AmSouth Bank. I have a checking account at that institution, but it was not interest bearing in 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date____ $8\cdot7\cdot07$ ____

NOTE: A                                           ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544